Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Michael D. Murphy
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA  98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 1 3 2025

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | **1:25-CR-2062-SAB** |
| Plaintiff, | INDICTMENT |
| v. | Vio:  18 U.S.C. §§ 1153, 113(a)(3), Assault With a Dangerous Weapon (Count 1) |
| CALUDGRIO JOSEPH BIANCO, | |
| Defendant. | |
| | 18 U.S.C. § 924(c)(1)(A)(i), (iii) Discharging a Firearm During and in Relation to a Crime of Violence (Count 2) |
| | 18 U.S.C. §§ 13, 1152, R.C.W. 9A.36.045 Assimilated Crimes Act, Drive-by Shooting (Count 3) |
| | 18 U.S.C. §§ 922(j), 924(a)(2) Possession of a Stolen Firearm (Count 4) |

INDICTMENT – 1

18 U.S.C. § 924(d)(1),
28 U.S.C. § 2461(c)
Forfeiture Allegations

The Grand Jury charges:

## COUNT 1

On or about March 15, 2025, within the exterior boundaries of the Yakama Nation, in Indian Country, in the Eastern District of Washington, the Defendant, CALUDGRIO JOSEPH BIANCO, an Indian, assaulted J.J.V. and M.C.V. with a dangerous weapon, specifically, a handgun, with intent to do bodily harm in violation of 18 U.S.C. §§ 1153 and 113(a)(3).

## COUNT 2

On or about March 15, 2025, in the Eastern District of Washington, the Defendant, CALUDGRIO JOSEPH BIANCO, during and in relation to a crime of violence, for which he may be prosecuted in a court of the United States, to wit: Assault with a Dangerous Weapon in violation of 18 U.S.C. §§ 1153, 113(a)(3), as alleged in Count 1 of this Indictment, did knowingly use, carry, discharge, and possess in furtherance of the Assault with a Dangerous Weapon, a firearm, all in violation of 18 U.S.C. § 924(c)(1)(A)(i), (iii).

INDICTMENT – 2

COUNT 3

On or about March 15, 2025, within the exterior boundaries of the Yakama Nation, in Indian Country, in the Eastern District of Washington, the Defendant, CALUDGRIO JOSEPH BIANCO, an Indian, recklessly discharged a firearm in a manner which created a substantial risk of death and serious bodily injury to J.J.V. and to M.C.V., non-Indians, and the discharge was from a motor vehicle which was used to transport the shooter and the firearm to the scene of the discharge, in violation of 18 U.S.C. §§ 13, 1152 and R.C.W. 9A.36.045.

COUNT 4

On or about March 15, 2025, in the Eastern District of Washington, the Defendant, CALUDGRIO JOSEPH BIANCO knowingly possessed a stolen firearm, that is, a Glock Model 17 Gen5 9mm pistol bearing serial number BXPE558, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen, in violation of 18 U.S.C. §§ 922(j) and 924(a)(2).

NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 924(c)(1)(A)(i), (iii), and/or 18 U.S.C. §§

INDICTMENT – 3

922(j), 924(a)(2), as set forth in this Indictment, the Defendant, CALUDGRIO JOSEPH BIANCO, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- a Glock Model 17 Gen5 9mm pistol bearing serial number BXPE558; and,
- any and all seized accessories and ammunition

DATED this ⎯13⎯ day of May 2025.



*Rich Barker*

_____

Richard R. Barker
Acting United States Attorney

*Michael Murphy*

_____

Michael D. Murphy
Assistant United States Attorney

INDICTMENT – 4