

East PTZ                                           03/15/2025 09:37:46 am SAT