## Narrative

```
                WAPATO POLICE DEPARTMENT- INCIDENT NARRATIVE REPORT

CASE #: 25W0592

SYNOPSIS: I contacted a male who showed me his house had been shot. I contacted
the neighbors for any information and videos. I collected a bullet casing. I
contacted the registered owner of the vehicle who informed us her boyfriend was
still in the house. The male came out of the house and YNPD took him into
custody. I Mirandized the male and asked him some question.

NARRATIVE: On 03/15/25, at approximately 1001 hours, I, Officer Ramirez, was
dispatched to shots fired incident at 504 Mt. Adams Dr. in the City of Wapato.

On arrival, I contacted a male, who I later identified as Carlos Mora, outside
502 Mt. Adams Dr. Carlos told me he was outside and heard two shots. Carlos said
it was definitely the driver as he stuck the gun out of the window and started
shooting. Carlos described the car to be a gray Chrysler 300. Carlos showed me
the video footage he had of the incident. From the footage Carlos showed me I
seen a gray Chrysler 300 driving northbound on the 500 block of Mt. Adams Dr.
The driver of the Chrysler 300 had his window open part ways and fired two shots
out of the window towards the house on 504 Mt. Adams Dr.

I contacted a male, who I later identified as A█████ V███████, at ████████████████
Dr. A█████ allowed me inside his residence and showed me there was a hole near
the window (1st wall), a hole in the 2nd wall leading into the dinning room, and
a shattered sliding glass door which leads to the back yard. A█████ told me his
dad, J███ V███████, his mom, M████ V███████, and his girlfriend were in the house
when the incident occurred. A█████ told me no one was injured. I took pictures
of the damaged walls and the sliding glass door.

I asked A█████ if they had any problems with someone. A█████, J███ and M████
said they didn't have any issues and have been living there for years now.
A█████ told me they were not involved in gangs. A█████, J███, and M████ said
they did not see any vehicles pass by before or after the shots. M████ said she
was sitting down in the living room couch close to the window. The hole compared
to where M████ was sitting was an approximately 5-7 feet away. J███
said he was sitting down on the other couch closer to the door. M████ said her
and J███ were both talking when they heard something hit their house. The family
was willing to pursue charges for the damages which they approximated the value
at around $800.00.

Yakima County Deputy Shrogren showed me a picture of the gray Chrysler 300 which
had damage to the front passenger side fender.

I contacted two males, who I identified as Jose villa and Marco Antonio Lugo.
Jose said they only heard the two shots and they saw the car when it went by.
Jose told me Marco showed his video to one of the Yakima County Sheriff's Office
Deputies.

Note during this time Yakima County Sheriff's Office Deputies had located the
gray Chrysler 300 with the front passenger side fender damage at the 300 block
of S Ahtanum Ave in Pahto Village Apartments. Yakima County Dispatch had
notified us earlier the vehicle had been caught on Wapato's Flock cameras.

I collected a spent 9MM casing that was found on the road near 502 and 504 Mt.
Adams Dr. I placed the 9MM casing in a plastic bag and secured it in the trunk
```

04/15/25

of my patrol vehicles trunk.

I was later informed by Carlos he had footage of the Chrysler 300 passing by the area prior to the shooting. One of the videos showed the Chrysler 300 traveling southbound on Mt. Adams Dr. at approximately 0935 hours on 03/15/25. Another video showed the Chrysler 300 traveling northbound on Mt. Adams Dr. at approximately 0937 hours on 03/15/25.

I left the incident area and detailed the location of Yakima County Sheriff's Officer at the 300 block of S Ahtanum Ave in the Pahto Village Apartments where they located the Chrysler 300. I photographed the outside of the vehicle and the interior with my department issued cell phone. I called for a tow truck to seize the vehicle for evidence. While the tow truck driver was working on getting the vehicle onto the back of the truck, a female, who was later identified as Yepa Salazar (registered owner of the Chrysler 300), came out and contacted us.

Yepa asked why they were taking her vehicle away. I asked Yepa who drives the vehicle. Yepa told me the only other person who could have driven it was her boyfriend, Caludgrio Bianco (also registered owner of the Chrysler 300). Yepa told me both of them are enrolled tribal member. I explained to Yepa the vehicle was involved in an incident earlier that day. Yepa told me she didn't let no one borrow the car today. Yepa said Caludgrio was there at their apartment on #A3. While talking with Yepa, Caludgrio walked outside from the apartment. Caludgrio complied with commands and Yakama Nation Tribal Officer's took him into custody.

At approximately 1256 I Mirandized Caludgrio. Caludgrio said he understood his rights and wanted to talk to me. Caludgrio told me he picked up four people who he only knew by nickname. Caludgrio said it was Lil' Tone, Lil' Snake, and then said "all this shit was all fucken random and shit". Caludgrio said he went to pick them up near the funeral home like they said. Caludgrio said the only one he did know was a male named Alex Plumebly. Caludgrio said after picking them they wanted a ride to their cousins. Caludgrio said he didn't know where the cousin lived but said it was down that way and pointed with his head south towards S Ahtanum and Mt. Adams Dr. Caludgrio said out of no where he thought they were going to open the door but instead they rolled down the window "and started busting rounds". Caludgrio said the people in the back were shooting. Caludgrio said they told him to drive and he dropped them off. Caludgrio said he doesn't know who lives at the house they shot at. Caludgrio said he drove back home and someone told him to shut his mouth and gave him the gun and the ammo to get rid of. Caludgrio said his window was only cracked open. Caludgrio said if he said anything they would burn down his mom's house down, find his girl, and kill his brother.

Note Yakama Nation Officers informed me they could not release Caludgrio into my custody after they have him in their custody. Yakama Nation PD said they would book in Caludgrio into Yakama Nation's Jail.

This ends my involvement with this incident.

AXON Body 4 footage and photos were uploaded to Evidence.com.

ECO

AR-29

I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing report, written in the County of Yakima is true and correct, and I am entering my authorized user ID and password to

04/15/25

authenticate it.

```
CONSENT TO SEARCH:   [  ] GRANTED   [  ] DENIED   [  ] SEARCH WARRANT
EVIDENCE TAGGED:  [  ] YES   [ X] NO
AXON Video:       [ X] YES   [  ] NO
(The attached is a law enforcement narrative and not a transcript of the events
as they unfolded on camera.)

REPORTING OFFICER:
A. Ramirez W29

DATE, TIME:
Sun Mar 16 23:19:25 PDT 2025

APPROVING SUPERVISOR:
DATE, TIME:
```

04/15/25