## Narrative

On Saturday March 15, 2025 I, Ofc. T. Jensen was operating within the exterior boundaries of the Yakama Nation Reservation in full uniform and in a fully marked patrol vehicle. At approximately 1033 hours I was dispatched to Pahto Village Apartments at 310 S. Ahtanum Ave. Wapato WA 98951 in reference to an Agency Assist later determined to be a Weapon Offense. Ofc. K. Boyle also responded.

I arrived at approximately 1037 hours and contacted Yakima County Sheriff's Deputy Sgt. Perez. Sgt. Perez stated that a vehicle that had been involved in a drive-by shooting was parked in the Pahto Village parking lot. Sgt. Perez pointed to the unoccupied vehicle, a dark colored 2014 Chrysler 300 with significant damage to the right front quarter panel, bearing Washington State license plate CFS8522 registered to YEPA SALAZAR (DOB: ███████ ENROLLED) and CALUDGRIO BIANCO (DOB: ██████ ENROLLED).

Sgt. Perez stated that the identity and location of the Suspect was yet unknown and that none of the victims were enrolled in any federally recognized Indian tribe and therefore the incident would be investigated by the Yakima County Sheriff's Office (YSO) and Wapato Police (WPD). Sgt. Perez also stated that live ammunition and a spent casing were observed in plain view inside the vehicle and that the vehicle would be towed for evidence. DC Towing arrived shortly after and began loading the vehicle.

As the vehicle was being loaded a female subject approached and inquired as to why her vehicle was being towed. The female subject was then identified as Yepa Salazar and was asked if Caludgrio was also inside the apartment, Yepa stated that he was inside. Yepa was also informed of the vehicle's involvement in the shooting and was informed that the vehicle was being towed for evidence. DC Towing then cleared with the vehicle and towed it to YSO's lot for evidence storage. Caludgrio exited the apartment on his own shortly after, at which time I detained him and placed him in handcuffs, checking for proper fit and double-locked them. I escorted Caludgrio to Ofc. Boyle's patrol vehicle and placed him inside. I also advised Dispatch to contact Yakama Nation Housing Authority (YNHA) to send somebody with access to security cameras to respond to our current location.

I informed Caludgrio that he was being detained pending investigation and advised him of his Constitutional Rights and Warnings pursuant to RYC 06.01.13 which he stated he understood and agreed to speak with me. I informed Caludgrio that his vehicle was observed on security footage being used in a drive-by shooting. Caludgrio appeared surprised and stated that he had let his friend "Alex", later determined to be ALEX BULLPLUME (DOB: ████████ ENROLLED) borrow the vehicle earlier that morning at approximately 0800 hours and that Alex had brought the vehicle back shortly after at an unknown time. I asked Caludgrio to describe what Alex was wearing. Caludgrio stated that Alex was wearing a red hooded sweatshirt, black pants, black Converse shoes, and a black and red Chicago Bulls hat. I asked Caludgrio if Alex was involved in any gang activity or was affiliated with any gangs. Caludgrio stated that he wasn't sure, but that Alex often wore red clothing. Caludgrio also stated that he did not know where Alex had gone or where he might be.

While speaking with Caludgrio, YNHA employee IRENE MENDOZA arrived and allowed us to view security camera footage. Security footage showed Caludgrio's vehicle arriving at the parking lot and parking in the same parking spot from which the vehicle was towed. A single subject wearing a black hooded sweatshirt with a

03/17/25

longer light-colored shirt underneath extending from the bottom of the sweatshirt, and light-colored pants exited the vehicle and walked to the courtyard of the "A" section of apartments. It should be noted that Caludgrio was wearing a black hooded sweatshirt with a longer light-colored shirt underneath extending from the bottom of the sweatshirt, and shorts when I detained him.

I returned to Ofc. Boyle's vehicle to again speak with Caludgrio. I again advised him of his Constitutional Rights and Warnings pursuant to RYC 06.01.13 which he stated that he understood and was willing to speak with me. I informed Caludgrio that the person that exited his vehicle upon returning to the apartments was not wearing what Alex was described as wearing but was wearing clothing that matched his own clothing. Caludgrio became distraught and stated, "they told me if I did this for them, they wouldn't burn my mom's house down and harm my girl and my brother". I asked Caludgrio to explain who "they" were. Caludgrio stated that he only knew them as "sinner", "big loc", and "lil snake". I knew from previous contacts that "sinner" is a moniker for LONZELL YAHTIN (DOB: ███████ ENROLLED) a known gang member, but I was unable to determine identities for "big loc" or "lil snake".

Caludgrio stated that he was told by the three subjects mentioned to drive for them during the shooting. Caludgrio stated that he picked the three subjects up near the Xpress Mart in Wapato, drove to the victim's residence where the shooting then took place, and then dropped them off where he had picked them up earlier. Caludgrio stated that the three subjects were on foot when he picked them up and did not know if they arrived there or left from there in a different vehicle, but he knew one of the subjects to often drive a black Honda sedan.

I asked Caludgrio if he lives in the apartment full-time with Yepa, he stated that he only stays there once or twice a week, doesn't keep belongings there, his name is not on the lease, and none of the utilities are in his name. I conferred with YN Det. Beebe and based on these statements it was determined that Caludgrio had no reasonable expectation of privacy in the apartment. I asked Caludgrio if he was willing to sign a voluntary Consent to Search Form for his vehicle, which he agreed to do. Caludgrio stated that he preferred I not search the apartment due to it being "dirty". I explained the Form to Caludgrio and advised him of his Rights regarding the search which he stated he understood. I then removed the handcuffs at which time he signed the Form. I then placed Caludgrio back into handcuffs checking for proper fit and double-locked them.

I then asked Yepa if she was willing to sign a voluntary Consent to Search Form for the vehicle and the apartment to which she replied that she was willing to sign the Form. I explained the Form to Yepa and advised her of her Rights regarding the search which she stated she understood and signed the Form. I asked Yepa if Caludgrio lives in the apartment with her full-time. Yepa stated that Caludgrio only stays in the apartment a couple of times a week and his only belongings in the apartment were his clothes that she wears. Yepa also stated that the apartment and utilities are in her name and that she had only moved in approximately three weeks prior.

Ofc. Boyle, Yepa, and I then entered the apartment and began the search of the apartment at approximately 1232 hours with Yepa present during the search. During the search, a grey nylon bag was located in a closet in a bedroom inside the residence. The bag contained a black in color Glock 17 9mm handgun with an attached "Streamlight" flashlight, and an attached "Holosun" optic, two (2) empty black in color 10-round Glock magazines, and four (4) live 9mm cartridges

03/17/25

with red tips. I also located a pair of grey sweatpants matching the pants the subject who exited the vehicle was wearing in the security footage, on the floor near what Yepa described as "his side of the bed". The search was then completed at approximately 1241 hours with no other items of evidentiary value being located. Yepa was provided with a copy of the Consent to Search Form.

I seized the handgun, magazines, and ammunition for evidence and placed them in an evidence bag in my vehicle. I then contacted Det. Beebe via telephone and informed him of my findings. After speaking with Detective Beebe, WPD Ofc. Ramirez approached me and showed me security footage from two separate residences near the victim's residence. In one of the videos, I could see a vehicle matching Caludgrio's vehicle driving slowly from right to left with only the driver's window rolled down approximately halfway. I could then see two separate puffs of white smoke consistent with gunshots coming from what appeared to be a handgun protruding from the driver's window. I could also see through the rolled up back passenger windows at one point in the video and saw that there appeared to be nobody else in the vehicle aside from the driver. In the second video I could see a vehicle matching Caludgrio's vehicle including the damage to the right front quarter panel, driving from left to right as it left the scene.

Based on my investigation and evidence collected, I determined that Probable Cause exited to arrest Caludgrio for the shooting. I returned to Ofc. Boyle's vehicle and informed Caludgrio that he was under arrest for the shooting. Caludgrio again became distraught and stated that Yepa had cheated on him with someone who lives in the victim's residence which was why he shot at the residence. Ofc. Ramirez requested to speak with Caludgrio briefly so Ofc. Boyle stood by during that contact while I again contacted Det. Beebe. I removed Caludgrio from Ofc. Boyle's vehicle and placed him into my vehicle. I later spoke with Yepa and advised her of what Caludgrio had stated regarding her affair with someone in the victim's residence. Yepa stated that she did not know anybody in Wapato and that Caludgrio had not been taking his medication and wasn't sure of his mental state.

I then transported Caludgrio to the Yakama Nation Correctional Facility (Jail) while Ofc. Boyle went to the victim's residence to gather statements. Ofc. Boyle later informed me that the residence was occupied by four people at the time of the shooting. The four subjects were identified as J███ V██████ (DOB: ████████ NON-ENROLLED), A████ V██████ (DOB: ████████ NON-ENROLLED), M███ V████ (DOB: ████████ NON-ENROLLED), and M████ F█████ (DOB: ████████ NON-ENROLLED) and that none of the four subjects in the victim's residence knew who Yepa was.

At the Jail I issued Citation #75665 to Caludgrio for violations of RYC 10.01.10 Assault with a Deadly Weapon (four counts), and RYC 10.01.135 Recklessly Endangering Another Person (four counts) for shooting at the residence, which was occupied by four people, with a firearm which placed each person at risk of death or serious bodily injury. I also issued Citation #75666 to Caludgrio for violation of RYC 10.01.171 Weapons, Firing for firing a handgun at an occupied residence from a moving vehicle on a public roadway within the City of Wapato. I read and explained the Citations to Caludgrio who stated that he understood and was provided with his copies of the Citations. I provided Caludgrio with an appearance date of 3-17-25.

I cleared at approximately 1408 hours with no further incident.

On 3-16-25 Dispatch confirmed that the firearm that was recovered from the apartment was a stolen firearm. I also spoke with A█████, one of the victims,

03/17/25

and informed him of Caludgrio's statement about the affair with Yepa. A█████ stated that he, nor anyone else in the residence knew who Yepa was and no such affair occurred. At this time, I am forwarding this report to the YN CID for further review and investigation. It should be noted that I have been unable to obtain reports from WPD Ofc. Ramirez (Incident #25W0592) and YSO Dep. Shogren (Incident #25C03427) regarding this incident. All photographs, videos, and pertinent documents have been attached. End of report.

Sun Mar 16 18:21:36 PDT 2025

I SWEAR UNDER THE PENALTY OF PERJURY THAT THE FOLLOWING IS TRUE AND CORRECT

_____

Responsible LEO:

_____

Approved by:

_____

Date

03/17/25