FD-302 (Rev. 5-8-10)

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    03/19/2025

   Caludgrio Bianco (Bianco), date of birth (DOB) ███████, phone number
███████ address ███████ Harrah, Washington (WA) was
interviewed while in custody at Yakama Nation Correctional and
Rehabilitation Facility, address 1020 Fort Road, Toppenish, Washington (WA)
by FBI Special Agent (SA) Rafael Gutierrez and Yakama Nation Police
Department (YNPD) Criminal Investigator (CI) Todd Beebe. After being advised
of the identity of the interviewing Agent and CI and the nature of the
interview, Bianco was advised of his rights via the FBI FD-395 "Advice of
Rights" form. Bianco initially requested an attorney to be present, but
Bianco reinitiated contact with the Agent and agreed to speak Agent without
an attorney present. Bianco was provided an opportunity to review the FD-
395, which he signed. Thereafter, Bianco provided the following
information:

**The below is an interview summary. It is not intended to be a verbatim
account and does not memorialize all the statements made during the
interview. Communications by the parties were electronically audio recorded.
The recording captures the actual words spoken. The recording will be
maintained as ELSUR in the captioned case file.**

   Bianco self-identified as being sober and on prescribed medication at the
time of the interview and felt normal.

   Bianco was enrolled in the Shoshone-Paiute tribe in Nevada. Bianco lived
full-time with his mother, Susan Hooper, at ███████.

   The morning of 3/15/2025, at approximately 9:00 AM, Bianco's friend,
Johnny Chapman [sp] (approximate age 30-32), messaged Bianco via Facebook
Messenger asking for a ride. Bianco, who was staying with his girlfriend of
eight years, Yepa Salazar, in Wapato got up and drove his dark-colored
Chrysler 300 to Chapman's, who stayed on Lundberg Road near the Renegade
Raceway in Parker, WA. Chapman had long hair and lived in a red trailer.
Bianco allowed Chapman borrow the Chrysler 300, while Bianco stayed at

Investigation on   03/17/2025   at  Toppenish, Washington, United States (In Person)

File #  198L-SE-4049841                                          Date drafted  03/18/2025

by  Rafael Gutierrez

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.

U.S. v Bianco                                                                    00000094

FD-302a (Rev. 5-8-10)

198L-SE-4049841

Continuation of FD-302 of  (U)  Interview of Caludgrio Bianco _____ , On  03/17/2025 , Page  2 of 3

Chapman's alone. When Chapman returned about 30 minutes later and returned the Chrysler 300 back to Bianco, Bianco noticed a black "crazy" military-style pistol on the floor board of the front passenger seat. Bianco picked up the gun with his bare hand, but denied having shot the gun. Bianco took the gun and placed it in Salazar's closet up high out of reach. Salazar did not know about the gun.

Bianco was sober from alcohol and drugs the morning of 3/15/2025. Bianco suffered from depression, anxiety, bi-polar, and PTSD which he took medication for. Bianco wore grey sweats and a black Scarface hoodie.

The Chrysler 300, which had Washington plates, was owned by Bianco and Salazar. Bianco had never been arrested outside of tribal arrests. Bianco did not live at Salazar's and was a guest. Bianco did not have his belongings at Salazar's outside of his sleepwear.

Bianco was not in a gang. Bianco does not have issues with anyone, except with Josh Estrada. Estrada was Bianco's brother's, Colin Bianco, friend.

Bianco's Facebook profile contains his name and a photo of him with a Beyond Wonderland sign.

Bianco was not involved in a shooting on 3/15/2025. The shooter may be Chapman.

[Agent Note: Bianco, after being presented with investigative steps that can be taken to identify the shooter of the matter being investigated and being advised the consequences of providing false statements to the FBI, Bianco became emotional and changed his narrative and provided the following:]

Bianco did not go to Chapman's house the morning of 3/15/2025. The gun belonged to Chapman, who forgot it in the car when they went shooting in Medicine Valley on days prior. Bianco does not know where Chapman bought the gun. Chapman, who has tattoos, is not in a gang, but hangs out with people with tattoos. Bianco knew Chapman's gun was in the car and left it in the car. Bianco does not know if the gun was stolen. Chapman did not say anything to Bianco about the gun. Chapman had other guns like hunting rifles. Chapman had been arrested before.

A few weeks ago, Bianco became aware that Salazar was messaging other males. Bianco does not know who Salazar was messaging nor what they looked like. Bianco had been having suicidal thoughts and wants to receive mental health help. When Bianco had breakdowns he would typically discharge a gun in his yard as he lived in the countryside. On 3/15/2025, Bianco had a mental breakdown stemming from the messages he saw on Salazar's phone and

FD-302a (Rev. 5-8-10)

198L-SE-4049841

Continuation of FD-302 of   (U) Interview of Caludgrio Bianco _____ , On   03/17/2025   , Page   3 of 3

was angry and tried to blow off steam by going out for a drive. Bianco thought about shooting himself and was scared and verus shooting himself shot out the window. Bianco did not aim nor tried to shoot anyone. Bianco was alone in the car at the time of the shooting. Bianco does not know who lived at the house that was hit.

Bianco did not purchase the bullets. The bullets were already in the gun.

Bianco was diagnosed with bi-polar, depression, PTSD, anxiety, and ADHD about 3-4 years ago by Comprehensive Health in Yakima, WA. Bianco would let the correctional officers know if he had suicidal thoughts.

Bianco's dad, Anthony Bianco (non-enrolled), DOB: ████ of unknown year, was missing since September 2024.

Bianco was open to being re-contacted.

[Agent Note: Bianco provided written consent for the search of his Chrysler 300, WA LIC: CFS8522. Bianco acknowledged by initialing that he would be unable to revoke consent once it was granted as he would not be present for the search. A preliminary identification of Chapman was made as: Johnny Chapman, DOB: ████████ who had a tattoo on his face and neck. Due to suicidal thought disclosure, YNPD Beebe agreed to advise Yakama Nation jail personnel.]