## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

CALUDGRIO JOSEPH BIANCO,

Defendant.

**Case No.    1:25-cr-02062-SAB-1**

**CRIMINAL MINUTES**

**DATE:    04/22/2026**

**LOCATION:   YAKIMA, WA**

**SENTENCING**

|  | **CHIEF JUDGE STANLEY A. BASTIAN** |  |  |
|---|---|---|---|
| Ruby Mendoza | 01 |  | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Michael Murphy | | Alex B. Hernandez | |
| **Government Counsel** | | **Defense Counsel** | |

| **United States Probation Officer:**   Carrie Valencia |
|---|

**[ X ]  Open Court**          **[   ]  Chambers**          **[   ]  Telecon/Video**

Defendant present and in custody of the US Marshal.

Court outlines the case. Defendant pled guilty. Court summarizes maximum penalties and guidelines. Court has reviewed all of the materials submitted and presentence report.  Offense Level of 16; Criminal History Category Level I; Recommended Range 21-27 months.

No objections to the Presentence Report.  Court accepts the calculations in the Presentence Report.

Mr. Murphy addresses the court in regard to the plea to possession of a stolen firearm, it doesn't affect the guideline calculations or the plea agreement range.

Mr. Murphy indicates there will not be a restitution request.

Susan Hooper speaks to the Court on behalf of defendant.

Mr. Murphy presents argument and outlines recommendations.
   Court discusses the plea agreement with Mr. Murphy, it is not a binding plea agreement.
   Mr. Murphy displays Exhibits A-D filed at ECF No. 32 and continues argument.

## [X ]  ORDER FORTHCOMING

| **CONVENED:   9:09 A.M.** | **ADJOURNED:  9:45 A.M.** | **TIME: 36 MIN.** | **CALENDARED    [   X   ]** |
|---|---|---|---|

*USA  -vs- Bianco*
1:25-cr-02062-SAB-1
Sentencing Hearing

**04/22/2026**
Page 2

Mr. Hernandez presents argument and outlines recommendations.
  Court discusses the recommended substance abuse treatment and evaluation condition with Mr. Hernandez.

Court asks if defendant waives the reading of the conditions.
  Mr. Hernandez indicates conditions were reviewed and defendant waives a further reading of the conditions.

Court speaks to the defendant.

Defendant speaks to the Court.

Court speaks to the defendant.  Court outlines the 3553 factors.  Court sentences defendant.

**Imprisonment:**  Total Sentence of 40 months, defendant shall receive credit for time served.
Count 3 - 40 months; Count 4 – 30 months, terms to run concurrently.

**Supervised Release:** 3 years with all the conditions recommended by U.S. Probation and the following special conditions:

1. You must not communicate, or otherwise interact, with J.V., M.V., and A.V., either directly or through someone else, without first obtaining the permission of the probation officer. You must not enter the premises or loiter within 1,000 feet of the victims' residence or place of employment.

2. You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

3. You must submit your person, residence, office, or vehicle and belongings to a search, conducted by a probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You must warn persons with whom you share a residence that the premises may be subject to search.

4. You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

5. You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Special Penalty Assessment:**  $100.00 per count for a total of $200.00.

**Fine:**  Waive.

Mr. Hernandez indicates defendant spent 2 months in custody at the tribal jail.
  Court indicates it will impose 40 months, and BOP will do the calculations.

Placement at Sheridan Oregon for purposes of family visitation.
Waiver of Right to Appeal discussed.

Mr. Hernandez indicates defendant would like to hug his mother.
Court denies request, defendant is in custody of the USMS.